**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6   SHILOH HOOD, an individual,                    No. C 06-00024 SBA

7              Plaintiff,
                                                   **ORDER**
8     v.

9   THE TERMINIX INTERNATIONAL
    COMPANY, L.P., a Delaware limited
10  partnership; and DOES 1 to 20,

11             Defendants.
                                              /
12

13        Currently before the Court is Defendants' Motion to Stay Proceedings.  In the motion,

14  Defendants inform the Court that they have filed a motion with the Judicial Panel on Multidistrict

15  Litigation ("MDL Panel"), seeking transfer and consolidation of this action.  Defendants ask this Court

16  to stay all proceedings in this matter pending the MDL Panel's resolution of their motion to transfer and

17  consolidate.

18        IT IS HEREBY ORDERED THAT Defendants' motion is GRANTED, and the above-captioned

19  action is STAYED in its entirety pending a ruling from the MDL Panel on the motion to transfer and

20  consolidate.  All dates and deadlines established in this matter are VACATED.  If the transfer request

21  is denied, the parties shall promptly notify this Court so that the Court can assign new dates for this

22  matter.  Defendants shall file a status report updating this Court of the progress of the transfer request

23  within 30 days of the date of this Order.

24        IT IS SO ORDERED.

25
    Dated: 12/4/06                          *Saundra B Armstrong*
26                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
27

28