CHAVEZ & GERTLER LLP
Jonathan E. Gertler (Bar No. 111531)
Joseph R. Igelmund (Bar No. 52493)
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599 Fax: (415) 381-5572

BROWNSTEIN & THOMAS, LLP
Mark C. Thomas (Bar No. 215580)
220 Montgomery Street, Suite 876
San Francisco, CA 94104
Tel: (415) 951-4881 Fax: (415) 951-4885

Attorneys for Plaintiff SHILOH HOOD
And the Proposed Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## [CLASS ACTION]

| | |
|---|---|
| SHILOH HOOD, an individual, | Case No: C 06-00024 SBA |
| Plaintiff, | CLASS ACTION |
| | The Honorable Saundra B. Armstrong |
| vs. | |
| THE TERMINIX INTERNATIONAL COMPANY, L.P., a Delaware limited partnership; and DOES 1 to 20, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE** |
| Defendants | |

TO THE COURT IN THE ABOVE-CAPTIONED MATTER

    COME NOW Plaintiffs and proposed class representatives, Shiloh Hood and Christopher Roy, as well as Defendant, Terminix International Company Limited Partnership (collectively the "Parties"), by and through their respective attorneys of record, and hereby respectfully submit this Stipulation and [Proposed] Order to Continue the Mediation Completion Date in connection with the above-captioned class actions.

1

**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE**

WHEREAS the Court in the matter of *Shiloh Hood v. The Terminix International Company, L.P.*, (Fed. Case No. C 06-00024 SBA; the *"Hood Class Action"*) ordered the parties to complete Mediation in the class action on or before February 2, 2007;

WHEREAS on September 12, 2006, Defendant, The Terminix International Company, L.P., on the grounds that the action arises from the same transaction, happening or event, filed a Notice with the Court that the matter of Christopher Roy v. The Terminix International, Inc. (CV 06-05761 DDP; the *"Roy Class Action"*) was related to the *Hood Class Action*;

WHEREAS on December 19, 2006, the Multi-District Litigation Panel ordered the *Hood Class Action* and the *Roy Class Action* centralized in the Northern District of California before Judge Saundra B. Armstrong;

WHEREAS a portion of the putative class in the *Hood Class Action* may be encompassed within the scope of the putative class asserted in the *Roy Class Action*;

WHEREAS rights of select members of the putative class in the *Roy Class Action* would be affected by any proposed resolution of the claims asserted in the *Hood Class Action*;

WHEREAS Northern District Local Rules for Alternative Dispute Resolution, Rule 6.9(b) requires that each party must be accompanied at the mediation by the lawyer who will be primarily responsible for handling the trial of the matter;

WHEREAS Michael S. Langford, of Langford & Langford is the lawyer who will be primarily responsible for handling the trial in the *Roy Class Action*;

WHEREAS Michael S. Langford was discharged from the hospital on Friday, January 19, 2007, after having sustained a serious injury in the form of a displaced fracture of his hand with an open wound for which he has been prescribed twenty-four (24) hour, intravenous, antibiotic treatment for a period of thirty (30) days, along with pain medication;

WHEREAS Mr. Langford's medical condition renders him unable, for the next thirty (30) days, to represent the putative class in the *Roy Class Action* at mediation;

WHEREAS the *Hood Class Action* and the *Roy Class Action* are currently scheduled for a January 24, 2007 joint mediation before Judith Droz Keyes;

WHEREAS there have been two prior continuances of the mediation completion date in the *Hood Class Action*. On September 18, 2006, pursuant to stipulation of the parties, the Court extended the date for completion of the mediation from September 29, 2006 to December 29, 2006. On November 17, 2006, pursuant to stipulation of the parties, the Court extended the date for completion of the mediation from December 29, 2006 to February 2, 2007; and

WHEREAS the Parties believe the requested continuance of the date for completion of the mediation will have no appreciable effect on the schedule of the *Hood Class Action* and *Roy Class Action* (See Local Rule 6-2(a)).

ACCORDINGLY, Plaintiff, Shiloh Hood, and Plaintiff, Christopher Roy, individually and on behalf of all others similarly situated, by and through their respective counsel of record, hereby stipulate to a continuance of the mediation and mediation completion date for a minimum of 30 days, not to exceed 45 days, so as to enable Mr. Langford to sufficiently convalesce and participate at mediation in the above-captioned class actions.

Dated: January 23, 2007         CHAVEZ & GERTLER LLP

                                By: /s/ Jonathan E. Gertler
                                Jonathan E. Gertler
                                Attorneys for Plaintiff SHILOH HOOD
                                and the Putative Hood Class

Dated: January ___, 2007        BROWNSTEIN & THOMAS, LLP

                                By: _____
                                Marc C. Thomas
                                Attorneys for Plaintiff SHILOH HOOD
                                and the Putative Hood Class

Dated: January ___, 2007        LANGFORD & LANGFORD, ALPC

                                By: _____
                                Michael S. Langford
                                Attorneys for Plaintiff CHRISTOPHER ROY
                                and the Putative Roy Class

4
**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE**

WHEREAS there have been two prior continuances of the mediation completion date in the *Hood Class Action*. On September 18, 2006, pursuant to stipulation of the parties, the Court extended the date for completion of the mediation from September 29, 2006 to December 29, 2006. On November 17, 2006, pursuant to stipulation of the parties, the Court extended the date for completion of the mediation from December 29, 2006 to February 2, 2007; and

WHEREAS the Parties believe the requested continuance of the date for completion of the mediation will have no appreciable effect on the schedule of the *Hood Class Action* and *Roy Class Action* (See Local Rule 6-2(a)).

ACCORDINGLY, Plaintiff, Shiloh Hood, and Plaintiff, Christopher Roy, individually and on behalf of all others similarly situated, by and through their respective counsel of record, hereby stipulate to a continuance of the mediation and mediation completion date for a minimum of 30 days, not to exceed 45 days, so as to enable Mr. Langford to sufficiently convalesce and participate at mediation in the above-captioned class actions.

Dated: January ___, 2007        CHAVEZ & GERTLER LLP

By: _____
Jonathan E. Gertler
Attorneys for Plaintiff SHILOH HOOD
and the Putative Hood Class

Dated: January 23, 2007        BROWNSTEIN & THOMAS, LLP

By: _____
Mark C. Thomas
Attorneys for Plaintiff SHILOH HOOD
and the Putative Hood Class

Dated: January ___, 2007        LANGFORD & LANGFORD, ALPC

By: _____
Michael S. Langford
Attorneys for Plaintiff CHRISTOPHER ROY
and the Putative Roy Class

4
STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE

1  WHEREAS there have been two prior continuances of the mediation completion date in
2  the *Hood Class Action*. On September 18, 2006, pursuant to stipulation of the parties, the Court
3  extended the date for completion of the mediation from September 29, 2006 to December 29,
4  2006. On November 17, 2006, pursuant to stipulation of the parties, the Court extended the date
5  for completion of the mediation from December 29, 2006 to February 2, 2007; and

6  WHEREAS the Parties believe the requested continuance of the date for completion of the
7  mediation will have no appreciable effect on the schedule of the *Hood Class Action* and *Roy Class*
8  *Action* (See Local Rule 6-2(a)).

9  ACCORDINGLY, Plaintiff, Shiloh Hood, and Plaintiff, Christopher Roy, individually and
10 on behalf of all others similarly situated, by and through their respective counsel of record, hereby
11 stipulate to a continuance of the mediation and mediation completion date for a minimum of 30
12 days, not to exceed 45 days, so as to enable Mr. Langford to sufficiently convalesce and
13 participate at mediation in the above-captioned class actions.

14 Dated: January ___, 2007           CHAVEZ & GERTLER LLP

16                                     By: _____
17                                         Jonathan E. Gertler
                                       Attorneys for Plaintiff SHILOH HOOD
                                       and the Putative Hood Class

19 Dated: January ___, 2007           BROWNSTEIN & THOMAS, LLP

21                                     By: _____
                                           Marc C. Thomas
22                                     Attorneys for Plaintiff SHILOH HOOD
                                       and the Putative Hood Class

24 Dated: January 22, 2007            LANGFORD & LANGFORD, ALPC

26                                     By: /s/ _____
                                           Karin ~~Michael S.~~ Langford
27                                     Attorneys for Plaintiff CHRISTOPHER ROY
                                       and the Putative Roy Class
28

4

STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE

| | | |
|---|---|---|
| 1 | Dated: January 23, 2007 | WALSH & WALSH, PC |
| 2 | | |
| 3 | | By: /s/ Michael J. Walsh |
| 4 | | Attorneys for Plaintiff CHRISTOPHER ROY and the Putative Roy Class |

Defendant, Terminix International Company Limited Partnership, by and through its counsel of record, hereby stipulates to a continuance of the mediation and mediation completion date for a minimum of 30 days, not to exceed 45 days, in the above-captioned class actions.

Dated: January ___, 2007                    WINSTON & STRAWN, LLP

By: _____
    Amanda C. Sommerfeld
Attorneys for Defendant,
The Terminix International Company, LLP

_____

Upon review of this Stipulation and [~~Proposed~~] Order to Continue Mediation Completion Date and good cause appearing:

**IT IS HEREBY ORDERED** that the Mediation Completion Date in the Hood Class Action is hereby continued from February 2, 2007 to __March 30, 2007__.

Feb.
Dated: ~~January~~ 1, 2007                    By: /s/ Saundra B. Armstrong
                                                  Honorable Saundra B. Armstrong
                                                  Judge of the Northern District Court

5
**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE**

| | | |
|---|---|---|
| 1 | Dated: January ___, 2007 | WALSH & WALSH, PC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael J. Walsh |
| | | Attorneys for Plaintiff CHRISTOPHER ROY |
| 5 | | and the Putative Roy Class |

7  Defendant, Terminix International Company Limited Partnership, by and through its
8  counsel of record, hereby stipulates to a continuance of the mediation and mediation completion
9  date for a minimum of 30 days, not to exceed 45 days, in the above-captioned class actions.

10  Dated: January 23, 2007                    WINSTON & STRAWN, LLP

12                                             By: /s/ Amanda C. Sommerfeld
13                                                 Amanda C. Sommerfeld
14                                             Attorneys for Defendant,
                                               The Terminix International Company, LLP

19  Upon review of this Stipulation and [Proposed] Order to Continue Mediation Completion
20  Date and good cause appearing:
21  **IT IS HEREBY ORDERED** that the Mediation Completion Date in the Hood Class
22  Action is hereby continued from February 2, 2007 to _____.

24  Dated: January ___, 2007                   By: _____
25                                                 Honorable Saundra B. Armstrong
                                                   Judge of the Northern District Court

5
STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE