1  **CHAVEZ & GERTLER LLP**
   Jonathan E. Gertler, Esq. SBN: 111531
2  Joseph Igelmund, Esq. SBN: 52493
   42 Miller Avenue
3  Mill Valley, California 94941
   Tel: (415) 381-5599; Fax: (415) 381-5572
4
5  Attorneys for Plaintiffs Shiloh Hood and
   Christopher Roy, individually and on behalf of
6  all those similarly situated

7  *Additional Counsel Listed on Signature Page*

8  **WINSTON & STRAWN LLP**
   Lee T. Paterson, SBN 81004
9  Amanda C. Sommerfield, SBN
   333 South Grand Avenue, 38th Floor
10 Los Angeles, CA 90071
   Tel: (213) 615-1700; Fax: (213) 651-1750
11
   Attorneys for Terminix International Company, L.P.
12
                 **UNITED STATES DISTRICT COURT**
13
                 **NORTHERN DISTRICT OF CALIFORNIA**
14

15 SHILOH HOOD individually and on behalf of ) Case No. C 06-00024 SBA
   all others similarly situated, and on behalf of the) Case No. C 07-00656 SBA
16 general public                            )
                                             ) CLASS ACTION
17            Plaintiffs,                     )
                                             ) **JOINT REPORT CONFIRMING**
18       vs.                                  ) **COMPLETION OF ARBITRATION AND**
                                             ) **REQUEST FOR DISMISSAL**
19 TERMINIX INTERNATIONAL COMPANY, )
   L.P., a Delaware limited partnership; and DOES) HOOD COMPLAINT: 12-5-05
20 1-20,                                     ) ROY COMPLAINT: 8-10-06
             Defendants.                     )
21 _____ )
                                             )
22 CHRISTOPHER ROY, individually and on
   behalf of all others similarly situated, and on
23 behalf of the general public

24            Plaintiffs,
         vs.
25
   TERMINIX INTERNATIONAL, INC., a
26 Delaware corporation; TERMINIX
   INTERNATIONAL COMPANY LIMITED
27 PARTNERSHIP, a Delaware limited
   partnership; and DOES 1 through 20, inclusive,
28 _____
                 Defendants.

                                    1

1 _____
  _____
2

3      Pursuant to the Order of this Court dated July 23, 2007, the parties have completed

4 arbitration and a final order by the Arbitrator, the Honorable James Warren (Ret.), has been

5 issued.  In accordance with the final order issued by the Arbitrator, the parties request the case

6 *Hood v. Terminix International Company, L.P.* (Case No. C 06-00024 SBA) be dismissed with

7 prejudice,  and *Roy v. Terminix International, Inc.* (Case No. Case No. C 07-00656 SBA) be

8 dismissed without prejudice.

9

10 IT IS SO STIPULATED.

11 Dated:  October 10, 2008

12                               WINSTON & STRAWN, LLP

13                               By:  *Amanda Sommerfeld*  MNB 10/14/08

14                                   Amanda C. Sommerfeld
                                 Attorneys for Defendant,

15                               The Terminix International Company, LLP

16 Dated:  October 14, 2008

17                               BROWNSTEIN THOMAS LLP

18                               By:

19                                       Mark C. Thomas

20                               Attorneys for Plaintiffs Shiloh Hood, Christopher
                                 Roy and the Class

21

22

23

24

25

26

27

28

1        Good cause appearing, IT IS HEREBY ORDERED that Hood v. Terminix International

2    Company, L.P. (Case No. C 06-00024 SBA) be dismissed with prejudice,  and Roy v. Terminix

3    International, Inc. (Case No. Case No. C 07-00656 SBA) be dismissed without prejudice.

4    DATED:   10/17/08

5

6    SAUNDRA B. ARMSTRONG
     UNITED STATES DISTRICT JUDGE
7

8

9

10

11   **LANGFORD & LANGFORD, APLC**
     Michael S. Langford, SBN 125756
12   1502 North Broadway
     Santa Ana, California 92706
13   Tel: (714) 953-9700; Fax: (714) 953-9797

14   **WALSH & WALSH, PC**
     Michael J. Walsh, Esq. SBN 155401
15   420 Exchange, Suite 270
     Irvine, California 92602
16   Tel: (714) 544-6609; Fax: (714) 544-6621

17   **BROWNSTEIN THOMAS, LLP**
     Mark C. Thomas (SBN: 215580)
18   220 Montgomery Street, Suite 876
     San Francisco CA  94104
19   Tel:  (415) 951-4878; Fax:  (415) 951-4885

20   **LAW OFFFICE OF ROBERT W. SKRIPKO, JR., APLC**
     Robert W. Skripko, Jr., SBN 151226
21   1323 N. Broadway, 2nd Floor
     Santa Ana, CA 92706
22   Tel: (714) 543-6200; (714) 543-6140

23

24

25

26

27

28